ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR - 7 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

CHARQWESHIA SIERRA MILEY,
CORNEL RASHARD MILEY, and
JOSUE FRANCISCO HIRALDO

Criminal Indictment

No. **1:23-CR-077**

THE GRAND JURY CHARGES THAT:

## Count One

Beginning on a date unknown, but at least by on or about November 12, 2021, and continuing until on or about September 12, 2022, in the Northern District of Georgia and elsewhere, the defendants, CHARQWESHIA SIERRA MILEY, CORNEL RASHARD MILEY, and JOSUE FRANCISCO HIRALDO, and others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with one another, to violate Title 18, United States Code, Section 922(a)(6), that is, to knowingly make a false and fictitious written statement to a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, in connection with the acquisition of a firearm as to facts material to the lawfulness of the sale of a firearm.

Overt Acts

In furtherance of the conspiracy and to accomplish its objectives, the defendants, CHARQWESHIA SIERRA MILEY, CORNEL RASHARD MILEY, and JOSUE

FRANCISCO HIRALDO, and others known and unknown to the Grand Jury, committed, and caused to be committed, at least one of the following overt acts:

1. On or about June 30, 2022, CHARQWESHIA SIERRA MILEY and CORNEL RASHARD MILEY departed Harry Reid International Airport in Paradise, Nevada on a commercial flight bound for Hartsfield-Jackson Atlanta International Airport in Clayton County, Georgia.

2. On or about June 30, 2022, JOSUE FRANCISCO HIRALDO rented a black 2020 Chevrolet Trax SUV in West Lawn, Pennsylvania.

3. On or about July 1, 2022, CHARQWESHIA SIERRA MILEY purchased twelve (12) Glock semiautomatic 9mm pistols from Freedom Firearms, Inc., a licensed dealer of firearms doing business as GA Firing Line in Marietta, Georgia.

4. On or about July 1, 2022, JOSUE FRANCISCO HIRALDO drove to 8040 Roswell Road, Sandy Springs, Georgia 30350, the business address of Sandy Springs Range & Gun, LLC, a licensed dealer of firearms in Sandy Springs, Georgia.

5. On or about July 1, 2022, CHARQWESHIA SIERRA MILEY purchased six (6) Glock semiautomatic 9mm pistols, including four Glock model 19 pistols, from Sandy Springs Range & Gun, LLC.

6. On or about July 1, 2022, CHARQWESHIA SIERRA MILEY certified in writing that she was the actual buyer/transferee of eighteen (18) Glock semiautomatic 9mm pistols Freedom Firearms, Inc. and Sandy Springs Range & Gun, LLC sold to her that day.

7. On or about July 1, 2022, JOSUE FRANCISCO HIRALDO sent a text message to CORNEL RASHARD MILEY inquiring about how many Glock model 19 pistols

CHARQWESHIA SIERRA MILEY purchased from Sandy Springs Range & Gun, LLC.

8. On or about July 1, 2022, CORNEL RASHARD MILEY responded to a text message from JOSUE FRANCISCO HIRALDO by stating CHARQWESHIA SIERRA MILEY had purchased four (4) Glock model 19 pistols.

9. On or about July 2, 2022, CORNEL RASHARD MILEY purchased four (4) Glock model 19 semiautomatic 9mm pistols, from Bullseye Sporting Goods, Inc., a licensed dealer of firearms.

10. On or about July 2, 2022, CORNEL RASHARD MILEY certified in writing that he was the actual buyer/transferee of four (4) Glock semiautomatic 9mm pistols Bullseye Sporting Goods, Inc. sold to him that day.

All in violation of Title 18, United States Code, Section 371.

## Count Two

On or about June 30, 2022, in the Northern District of Georgia and elsewhere, the defendants, CHARQWESHIA SIERRA MILEY and CORNEL RASHARD MILEY, did travel from Nevada to Georgia with intent to engage in conduct that constitutes a violation of Title 18, United States Code, Section 922(a)(1)(A), and acquired a firearm in furtherance of a violation of Title 18, United States Code, Section 922(a)(1)(A), all in violation of Title 18, United States Code, Section 924(n).

## Count Three

On or about June 30, 2022, in the Northern District of Georgia and elsewhere, the defendant, JOSUE FRANCISCO HIRALDO, did travel from Pennsylvania to

3

Georgia with intent to engage in conduct that constitutes a violation of Title 18, United States Code, Section 922(a)(1)(A), and acquired a firearm in furtherance of a violation of Title 18, United States Code, Section 922(a)(1)(A), all in violation of Title 18, United States Code, Section 924(n).

## Count Four

Beginning on a date unknown, but by no later than on or about July 1, 2022, and continuing through on or about July 3, 2022, in the Northern District of Georgia, the defendants, CHARQWESHIA SIERRA MILEY, CORNEL RASHARD MILEY, and JOSUE FRANCISCO HIRALDO, not being a licensed dealers of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, did willfully engage in the business of dealing in firearms, all in violation of Title 18, United States Code, Section 922(a)(1)(A).

## Count Five

On or about July 1, 2022, in the Northern District of Georgia, the defendants, CHARQWESHIA SIERRA MILEY, CORNEL RASHARD MILEY, and JOSUE FRANCISCO HIRALDO, aided and abetted by each other, in connection with the acquisition of at least one of the following firearms:

| Firearm | Manufacturer | Model | Caliber |
|---|---|---|---|
| seven (7) semiautomatic pistols | Glock | 17 | 9mm |
| three (3) semiautomatic pistols | Glock | 19 | 9mm |
| two (2) semiautomatic pistols | Glock | 45 | 9mm |

did knowingly make a false and fictitious written statement to Freedom Firearms, Inc., d/b/a GA Firing Line, a licensed dealer of firearms within the meaning of

4

Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Freedom Firearms, Inc., d/b/a GA Firing Line as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant CHARQWESHIA SIERRA MILEY falsely represented that she was the actual buyer of the firearm(s), when, in fact, as she then and there well knew, defendant CHARQWESHIA SIERRA MILEY was not the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Section 922(a)(6), and Section 2.

## Count Six

On or about July 1, 2022, in the Northern District of Georgia, the defendants, CHARQWESHIA SIERRA MILEY, CORNEL RASHARD MILEY, and JOSUE FRANCISCO HIRALDO, aided and abetted by each other, in connection with the acquisition of at least one of the following firearms:

| Firearm | Manufacturer | Model | Caliber |
|---|---|---|---|
| four (4) semiautomatic pistols | Glock | 19 | 9mm |
| two (2) semiautomatic pistols | Glock | 45 | 9mm |

did knowingly make a false and fictitious written statement to Sandy Springs Range & Gun, LLC, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Sandy Springs Range & Gun, LLC as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant CHARQWESHIA SIERRA MILEY falsely represented that she was the actual buyer of the firearm(s), when, in fact, as she then and there well knew, defendant CHARQWESHIA SIERRA

MILEY was not the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Section 922(a)(6), and Section 2.

## Count Seven

On or about July 2, 2022, in the Northern District of Georgia, the defendants, CHARQWESHIA SIERRA MILEY, CORNEL RASHARD MILEY, and JOSUE FRANCISCO HIRALDO, aided and abetted by each other, in connection with the acquisition of at least one of the following firearms:

| Firearm | Manufacturer | Model | Caliber |
|---|---|---|---|
| four (4) semiautomatic pistols | Glock | 19 | 9mm |

did knowingly make a false and fictitious written statement to Bullseye Sporting Goods, Inc., a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Bullseye Sporting Goods, Inc. as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant CORNEL RASHARD MILEY falsely represented that he was the actual buyer of the firearm(s), when, in fact, as he then and there well knew, defendant CORNEL RASHARD MILEY was not the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Section 922(a)(6), and Section 2.

## Count Eight

On or about July 2, 2022, in the Northern District of Georgia, the defendants, CHARQWESHIA SIERRA MILEY, CORNEL RASHARD MILEY, and JOSUE FRANCISCO HIRALDO, aided and abetted by each other, did knowingly engage in the unlawful transfer of a firearm, in that defendants CHARQWESHIA SIERRA MILEY and CORNEL

6

RASHARD MILEY, not being licensed importers, manufacturers, dealers, and collectors of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, did knowingly and willfully transfer, sell, transport, and deliver at least one of the following firearms listed below, that is,

| Firearm | Manufacturer | Model | Caliber |
|---|---|---|---|
| eleven (11) semiautomatic pistols | Glock | 19 | 9mm |
| seven (7) semiautomatic pistols | Glock | 17 | 9mm |
| four (4) semiautomatic pistols | Glock | 45 | 9mm |

to defendant JOSUE FRANCISCO HIRALDO, who was not a licensed importer, manufacturer, dealer, and collector of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, knowing, and having reasonable cause to believe, that defendant JOSUE FRANCISCO HIRALDO did not then reside in the State in which defendants CHARQWESHIA SIERRA MILEY and CORNEL RASHARD MILEY were residing at the time of the aforesaid transfer, sale, transport and delivery of the firearm(s), all in violation of Title 18, United States Code, Section 922(a)(5), and Section 2.

## Count Nine

On or about July 3, 2022, in the Northern District of Georgia, the defendant, JOSUE FRANCISCO HIRALDO, did fraudulently and knowingly facilitate the transportation and concealment of any merchandise, article, and object prior to exportation, to wit, semi-automatic firearms, knowing the same to be intended for exportation contrary to a law or regulation of the United States, all in violation of Title 18, United States Code, Section 554(a).

7

**Forfeiture Provision**

Upon conviction of one or more of the offenses alleged in this Indictment, the defendants, CHARQWESHIA SIERRA MILEY, CORNEL RASHARD MILEY, and JOSUE FRANCISCO HIRALDO, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offenses.

Upon conviction of one or more of the offenses alleged in Counts Two through Three and Nine of this Indictment, the defendants, CHARQWESHIA SIERRA MILEY, CORNEL RASHARD MILEY, and JOSUE FRANCISCO HIRALDO, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violations, including, but not limited to, a forfeiture money judgment, that is, a sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts Two through Three and Nine of this Indictment.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

8

the United States intends to seek forfeiture of any other property of the defendant up to the value of the forfeitable property, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).

A _____ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

THEODORE S. HERTZBERG
*Assistant United States Attorney*
Georgia Bar No. 718163

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

9