```
                    UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ARIZONA
                    _____
```

**United States of America,**     )
                                   )   No. **3:23-mj-04060-001-CDB**
    Plaintiff,             )
                                   )
    vs.                    )   Flagstaff, Arizona
                                   )   April 4, 2023
**Charqweshia Sierra Miley,**      )   10:11 a.m.
                                   )
    Defendant.             )
_____    )

  **BEFORE:   THE HONORABLE CAMILLE D. BIBLES, MAGISTRATE JUDGE**

<u>**TRANSCRIPT OF PROCEEDINGS**</u>

<u>**DETENTION HEARING AND STATUS HEARING RE: IDENTITY/REMOVAL HEARING**</u>

**APPEARANCES:**
For the Plaintiff:
    U.S. Attorney's Office
    By: **Wayne Venhuizen**, Esq.
    123 N. San Francisco Street, Suite 410
    Flagstaff, AZ 86001

For the Defendant:
    Federal Public Defender's Office
    By: **Luke S. Mulligan**, Esq.
    123 N. San Francisco Street, Suite 204
    Flagstaff, AZ 86001

Transcriptionist:
Jennifer A. Pancratz
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 42
Phoenix, Arizona 85003-2151
(602) 322-7198

Proceedings Recorded by Electronic Sound Recording
Transcript Produced by Transcriptionist

|    |                                                                                      |
|----|--------------------------------------------------------------------------------------|
| 1  | **P R O C E E D I N G S**                                                            |
| 2  | (Proceedings commenced at 10:11 a.m.)                                                |
| 3  | THE COURTROOM CLERK: This is Case No. 2023-4060-MJ,                                  |
| 4  | Defendant No. 1, United States of America versus Charqweshia                         |
| 5  | Sierra Miley. Defendant is present and in custody. This is                           |
| 6  | the time set for a detention hearing, a status hearing                               |
| 7  | regarding identity/removal hearing.                                                  |
| 8  | Counsel.                                                                             |
| 9  | MR. VENHUIZEN: Good morning, Your Honor. Wayne                                       |
| 10 | Venhuizen on behalf of Northern District of Georgia Assistant                        |
| 11 | U.S. Attorney Theodore Hertzberg for the United States.                              |
| 12 | MR. MULLIGAN: Good morning, Your Honor. Luke                                         |
| 13 | Mulligan for Charqweshia Sierra Miley.                                               |
| 14 | THE COURT: Good morning, Mr. Mulligan, and good                                      |
| 15 | morning, Ms. Miley.                                                                  |
| 16 | This is the time set for several hearings in your                                    |
| 17 | case, and I think the first issue that we'll take up is the                          |
| 18 | status hearing regarding the identity hearing.                                       |
| 19 | Mr. Mulligan?                                                                        |
| 20 | MR. MULLIGAN: Your Honor, we're going to waive the                                   |
| 21 | identity hearing.                                                                    |
| 22 | THE COURT: So, Ms. Miley, while you have a right to                                  |
| 23 | have that hearing, you also have a right to basically waive                          |
| 24 | that hearing and acknowledge that you're the same individual                         |
| 25 | who's being sought out of the Northern District of Georgia. Is |

```
 1  that what you'd like to do?
 2          THE DEFENDANT:  Yes.  Yes.
 3          THE COURT:  I will go ahead and make the finding that
 4  you are the same individual who's sought out of the Northern
 5  District of Georgia.
 6          Now, the next hearing that we're going to go over is a
 7  detention hearing.  Mr. Mulligan, is it your client's intent to
 8  hold the detention hearing in the District of Arizona?
 9          MR. MULLIGAN:  Yeah -- yes, Your Honor.
10          THE COURT:  All right.  And so, Ms. Miley, it's my
11  understanding that we'll proceed with the detention hearing
12  here in Arizona today.
13          I did have an opportunity to review the Pretrial
14  Services report that was submitted in this case.  I do want to
15  tell you that there are several factors that I consider.  My
16  decision regarding detention and release is based on one very
17  significant statute and several legal principles.
18          The one that I want you to keep in mind as we go
19  through this hearing is that you are presumed innocent.
20  Nothing that's said during the course of this hearing, even by
21  me, changes your presumption of innocence.
22          Now, if the United States wants you held in custody,
23  typically they have the burden of establishing that you're a
24  flight risk and/or a danger to the community.  Now, because
25  they have that legal burden, they're allowed to proceed first
```

1   with any argument and proffer of facts, then Mr. Mulligan is
2   allowed to proceed with any argument and proffer of facts, and
3   then because they have that legal burden, the United States is
4   allowed a brief rebuttal if they believe that's necessary.
5          Mr. Venhuizen.
6          MR. VENHUIZEN:  Thank you, Your Honor.
7          Your Honor, on July 1st and July 2nd of 2022, the
8   defendant, Ms. Miley, and her codefendant husband purchased
9   firearms from three separate federal firearms licensees in the
10  Northern District of Georgia.  Prior to each purchase, the
11  defendants completed an ATF Form 4473, and one of them checked
12  "yes" next to the question asking if he or she was the actual
13  transferee/buyer of the firearms.
14         Specifically, Ms. Miley purchased six Glock 9mm
15  pistols from Sandy Springs Gun and Range LLC, 12 -- and 12
16  Glock 9mm pistols from Georgia Firing Line on July 1st, 2022.
17         Mr. Miley purchased four additional Glock 9mm pistols
18  from Bullseye Indoor Range and Gun Shop in Lawrenceville,
19  Georgia, on July 2nd, 2022.
20         A review of multiple sales reports and Form 4473s
21  revealed that between November 12th, 2021, and July 2nd, 2022,
22  the Mileys purchased 73 guns, all of which were Glock 9mm
23  pistols, and all but five of which were purchased from federal
24  firearms licensees -- I'll refer to as FFLs -- in the Northern
25  District of Georgia.  64 of those guns had been purchased by

1  Ms. Miley for tens of thousands of dollars in cash.  The facts
2  above led ATF agents to suspect that the Mileys were straw
3  purchasers of firearms.
4          Additionally, the manager of Sandy Springs Gun and
5  Range told agents that he observed suspicious activity
6  involving Ms. Miley when she was at his store on July 1st.  The
7  manager said that Ms. Miley arrived in a 2014 red Dodge Avenger
8  and specified the Georgia license plate number, and that a
9  second person was in fact -- was in that vehicle when Ms. Miley
10 left with six Glock 9mm pistols.
11         The employee watched a 2020 black Chevrolet Trax
12 follow the Dodge Avenger as Ms. Miley departed.  He
13 photographed both cars and provided photos to ATF.
14         A license plate check and grand jury subpoena revealed
15 that just one day earlier, another codefendant in this case,
16 22-year-old New York City resident, Mr. Hiraldo, had rented the
17 Chevrolet Trax from an Enterprise location in Pennsylvania.
18 The 4473s show that in the days leading up to the car rental,
19 Hiraldo purchased at least four firearms with three different
20 FFLs in Pennsylvania.
21         Approximately three and a half weeks later, on
22 July 26th, 2022, customs officers in the Dominican Republic
23 found 14 Glock 9mm pistols concealed in a shipping container at
24 the Port of Haina in Santo Domingo.  The container had been
25 loaded on to a shipping vessel in Brooklyn, New York.  Nine of

1  the smuggled pistols had been purchased by Ms. Miley on
2  July 1st; four had been purchased by codefendant Hiraldo on
3  June 27th and 28th; and the last remaining pistol had been
4  purchased by Mr. Miley, her codefendant husband, on July 2nd.
5          In August, agents learned that the Mileys were living
6  in the Mohave Desert.  Ms. Miley had obtained an Arizona ID
7  card, and she was using that card to purchase firearms in
8  Arizona.
9          Just one month prior, the Mileys had purported to be
10 Georgia residents to buy guns at Georgia Firing Line and -- at
11 Georgia Firing Line, excuse me, Sandy Springs Gun and Range,
12 and Bullseye.  Ms. Miley produced a Georgia driver's license to
13 prove her identity and residency, and Mr. Miley produced a
14 Georgia concealed carry license.
15         Between August 29th and September 12th, Ms. Miley
16 purchased 11 Glock 9mm handguns from licensed dealers in
17 Arizona.  On September 20th, 2022, ATF agents executed a
18 federal search warrant at the Mileys' residence in Golden
19 Valley, Arizona.  Agents found four Glock 9mm pistols, a rifle,
20 a shotgun, and numerous empty Glock boxes.
21         Of the pistols found, only one had been purchased by
22 Ms. Miley from a licensed dealer.  Agents could not locate on
23 the premises the ten other 9mm pistols Ms. Miley had purchased
24 in the preceding three weeks, nor did agents find any of the 73
25 Glock handguns that the Mileys had purchased in Georgia.

1          Agents seized the guns that they could find along with
2   two cell phones, one from Mr. Miley's person and one from a
3   bed, and receipts for firearms purchased in Georgia and
4   Arizona, including the firearms seized in the Dominican
5   Republic on July 26th.
6          The next day, September 21st, 2022, police officers
7   conducting an operation in Santiago, Dominican Republic, seized
8   three firearms, including one of the Glock 9mm pistols
9   Ms. Miley had purchased on July 1st.  To date, 10 of the 18
10  pistols Ms. Miley purchased on July 1st have been located in
11  the Dominican Republic.
12         The federal search warrant authorizing the seizure of
13  the Mileys' cell phones also authorized agents to search those
14  phones for evidence of various firearm and smuggling offenses,
15  and agents were able to extract data from the Apple iPhone
16  recovered from Mr. Miley's person.
17         The data extraction contains numerous texts and
18  instant messaging conversations about the straw purchase and
19  sale of firearms, including an exchange from June 28th, 2022,
20  between Mr. Miley and the user of a cell phone assigned --
21  assigned a southeastern Pennsylvania phone number ending in
22  9373.
23         These messages appear to discuss a plan for Mr. Miley
24  and Ms. Miley to fly from Las Vegas, the closest major airport
25  to their Mohave Desert residence, to Georgia to purchase 25

1  firearms.  The user of the 9373 number confirmed that the buyer
2  wanted three models of Glock 9mm pistols.
3         On June 29th, 2022, Mr. Miley and the individual using
4  this number finalized the travel arrangements over text.  Cell
5  site location information shows Mr. Miley's phone traveling
6  from Arizona to the Las Vegas airport on June 30th, 2022.
7         After several hours of inactivity, Mr. Miley's phone
8  hit towers near the Atlanta airport on the morning of July 1st,
9  2022.  Later that day, the phone hit towers near the gun stores
10 in Marietta and Sandy Springs, where Ms. Miley purchased 18
11 Glock 9mm pistols, all of which were models 17, 19, and 45,
12 which were discussed in that text conversation.
13        The cell site location information for the 9373 number
14 Mr. Miley was communicating with and for the phone Defendant
15 Hiraldo listed on Enterprise Car Rental paperwork as his
16 primary number are identical to each other and similar to
17 Mr. Miley's.
18        On June 30th, 2022, the 9373 number and Hiraldo's
19 other phone hit towers near West Lawn, Pennsylvania, where
20 Hiraldo rented the black Chevrolet Trax that I previously
21 referenced.  Both phones continued to hit towers as they
22 traveled toward Atlanta.
23        On July 1st, 2022, at the same times that Mr. Miley's
24 phone was hitting towers near Georgia Firing Line and Sandy
25 Springs Gun and Range, the 9373 number and the other phone

1  number for Mr. Hiraldo were hitting towers in those areas as
2  well.
3            This 9373 number and Mr. Miley continued to exchange
4  detailed text messages on July 1st and 2nd regarding which
5  firearms Mr. and Ms. Miley should purchase.  Those messages
6  included the street address for Georgia Firing Line, model
7  numbers, and quantities.  The details in those messages are
8  corroborated by 4473s documenting Mr. and Ms. Miley's
9  purchases.
10           Between July 1st and 2nd, this 9373 number
11 communicated by phone call with only two other numbers.  18 of
12 the 19 calls were with a number that a grand jury subpoena
13 revealed to be associated with Mr. Miley's Cash App account.
14           The cell site location information shows that
15 Mr. Miley's phone -- shows Mr. Miley's phone returning to
16 Golden Valley, Arizona, on July 3rd -- or July 4th, and
17 Hiraldo's phones traveling from Atlanta to the Bronx on
18 July 3rd.
19           Your Honor, in regard to the Pretrial Services report,
20 I want to start with just some corrections.  I learned late
21 yesterday afternoon and passed this on to Pretrial Services and
22 defense counsel that the charges referenced for this St. Johns
23 offense for the defendants for -- and in this case I'll just --
24 I'll focus on Ms. Miley, and then I'll focus on Mr. Miley in
25 the other case for the corrections to keep it simpler.

1    But in the Pretrial Services report for Ms. Miley, one
2  of the charges, which was I believe Count 1, was for concealed
3  weapons, not -- which was not reflected in the Pretrial
4  Services report in Count 1.  And then Count 2 would have been
5  hindering prosecution.
6    And defense can add anything else if I'm missing
7  something there, but I think that's it as far as it's related
8  to Ms. Miley for the correction.
9    I would note that the only person verifying
10 information in these Pretrial Services reports for the -- each
11 defendant is the codefendant.  So the person verifying the
12 information for Ms. Miley is Mr. Miley.
13   There are inconsistencies.  For example, Mr. Miley
14 said he's been self-employed in construction and makes
15 approximately 3,000 per month.  Ms. Miley said that Mr. Miley
16 is unemployed.  So it's a big inconsistency.  If there is no
17 consistent income here, that begs the question of how are they
18 going to travel to Georgia for hearings?
19   I would also note that their house is remote and their
20 house is mobile.  After law enforcement executed this search
21 warrant at their residence in Golden Valley on September 20th,
22 2022, they picked it up and moved and were difficult to locate.
23   They were stopped on the other side of the state in
24 St. Johns on October 8th, 2022, for displaying a fictitious UCC
25 1308 license plate.  They were uncooperative with law

1  enforcement during that encounter.  They refused to obey lawful
2  orders and claimed to have diplomatic immunity, and they denied
3  or failed to accurately answer when asked if a firearm was in
4  their vehicle, which raises concerns for officer safety if
5  there's an encounter with them.
6       An inventory search of the vehicle led to the recovery
7  of a Glock handgun, large amounts of ammunition, and several
8  loaded Glock and AR-15 magazines.
9       Both Mr. and Mrs. Miley have very weak ties to the
10 community and Arizona.  They moved to Arizona less than a year
11 ago, I believe in August of 2022, and used a UPS store in
12 Augusta, Georgia, as their mailing address when filing a
13 lawsuit against St. Johns Police Department earlier this month.
14 The resident street address on Ms. Miley's August 2022
15 application for an Arizona ID card is a UPS store in Kingman.
16      Your Honor, given the weak ties to the community here
17 and the facts of this case, there is certainly a great concern
18 about flight risk if they're released on conditions, and given
19 the use of firearms here, the United States is also concerned
20 about the danger they pose on release.
21      Thank you, Your Honor.
22      THE COURT:  Thank you, Mr. Venhuizen.
23      Mr. Mulligan.
24      MR. MULLIGAN:  Thank you, Your Honor.
25      Your Honor, the question before the Court is whether

1  the government has proved that Charqweshia Miley is a flight
2  risk or a danger to a particular person.  We would submit that
3  they have not.
4         Charqweshia is 32 years old.  She has no criminal
5  record, Your Honor.  The only fact the government left out with
6  regard to the charges from St. Johns is that the charges were
7  in fact dismissed at the State's request.
8         Your Honor, she has no criminal record.  She was
9  stopped allegedly for speeding, and no charges were pursued
10 beyond that.  They filed charges, but then once the Mileys
11 hired a lawyer, the charges were immediately dismissed because
12 the government lacked probable cause and there was no basis for
13 the charges.
14        Again, Your Honor, she is 32 years old.  She has no
15 criminal record.  She's been in Arizona for eight months, but
16 she grew up and spent the majority of her life in Georgia.  She
17 does have family and friends in Georgia.  She has family, her
18 husband, and friends in Arizona.
19        The law instructs the Court to consider not just ties
20 to the current residential community but also ties to other
21 communities.  And here she has ties to the community in the
22 charging district, and very strong ties.  Essentially, she grew
23 up there.
24        Your Honor, eight months ago, she and her husband
25 decided to move to Arizona.  They built a house that they own.

1  They live off the grid.  They live a -- a compact and
2  sustainable lifestyle.
3         Ms. Miley does have some previous employment, but
4  since they've relocated to Arizona, she, frankly, hasn't needed
5  employment.  Her husband has supported her as a -- doing
6  construction work.
7         Your Honor, again, this is a very clean Pretrial
8  Services report.  Ms. Miley is 32.  She's not a young woman, or
9  not an extremely young woman.  She has zero criminal record,
10 Your Honor.  No arrests other than this recent arrest from
11 St. Johns.  Nothing prior to that.
12        Your Honor, in September of 2022, law enforcement
13 executed a search warrant at the Mileys' residence in Golden
14 Valley.  The Mileys were present.  The house was searched.
15 They did not move.  They did not relocate.  They did not run
16 and hide.  They were not hard to find.
17        The charges were not filed until March of this year,
18 March 7th of 2023, and the Mileys were arrested at their house
19 in Golden Valley, Your Honor.
20        Again, Charqweshia has no prior criminal record.  She
21 has very strong ties to the community she grew up in.  She has
22 been in Arizona for a substantial period of time.  She owns her
23 own residence.  She's in a long-term, committed relationship.
24 She knew that she was being investigated by execution of a
25 search warrant over seven months ago, and she was arrested at

1  the very same house, Your Honor.
2          Clearly, these factors all strongly support the
3  conclusion that she is not a flight risk.
4          Really, there's been no demonstration, no evidence
5  that she's a danger of any sort.  She has no prior criminal
6  record.
7          The Court can clearly fashion conditions which would
8  prevent -- simply not to acquire any firearms, not to possess
9  any firearms.  That would eliminate any risk of alleged danger.
10         Ms. Miley has community support in both Arizona and
11 Georgia and, really, simply is not a flight risk.  The
12 government has failed to establish that she is a flight risk.
13         Thank you, Your Honor.
14         THE COURT:  Thank you, Mr. Mulligan.
15         Mr. Venhuizen.
16         MR. VENHUIZEN:  Thank you, Your Honor.  Just briefly.
17         I believe the -- I'm looking at the Pretrial Services
18 report.  I believe it notes that charges were not filed for
19 Ms. Miley in regard to that St. Johns offense.  In fact, it's
20 my understanding from speaking with the AUSA in Georgia that
21 those two counts were dismissed.  I don't know about the other
22 circumstances with that.
23         I have reviewed a police report provided by the AUSA
24 in the Northern District of Georgia, and it outlines -- the
25 narrative outlines how uncooperative the defendants were with

1  law enforcement, how they claimed to have diplomatic immunity,
2  how they failed to obey lawful orders, how they denied to --
3  and failed to accurately answer when asked about firearms in
4  their vehicle, so if there's -- if they are released and
5  there's an encounter with law enforcement, I think that does
6  raise significant concerns.
7        Also, they have extremely weak ties to the community.
8  They, as I said, moved to Arizona recently.  They were found
9  across the state after being very difficult to contact
10 following the execution of that search warrant.  Their home is
11 mobile.  The address that is being used for Arizona by
12 Ms. Miley is for a UPS store in Kingman.
13       So -- and they're using this Georgia mailing address
14 at another UPS store as recently as I believe a month ago,
15 earlier this month, in this civil matter with the St. Johns PD.
16       So, again, very few ties to the community, and they
17 pose significant flight risk.  Thank you.
18       THE COURT:  Thank you, Mr. Venhuizen.
19       In making my decision, I look at a number of factors
20 that are set out by law.  The first involves the nature and
21 circumstances of the alleged offenses, and in this case, the
22 alleged offenses appear -- are alleged to be the straw purchase
23 or the purchasing for someone else of firearms in the United
24 States.
25       And it does appear that there is evidence that some of

1   these firearms were being smuggled out of the country into the
2   Dominican Republic, which is of concern.
3           Obviously, a purchase of the number of weapons that
4   are involved here are of concern in terms of the damage that
5   any one of these weapons could do in a community.
6           When I look at the weight of the evidence, although
7   the Ninth Circuit tells us not to give a lot of consideration
8   to this, it does appear that the investigation lays out strong
9   evidence of guilt between the various messages that were
10  conveyed, the purchasing of the firearms, and the -- at least
11  some of the firearms being recovered in places that you would
12  not expect if these were actual legal purchases of firearms.
13          So I do find that there is strong evidence supporting
14  the charges in this case.
15          In terms of the history and characteristics of the
16  defendant, Mr. Mulligan appropriately and rightly points out
17  that she has no criminal history at this point, and she is in
18  her 30s, so it does appear that that is very much in her favor.
19          When I look at her physical and mental condition, it
20  appears there aren't any red flags or concerns there.
21          I am concerned about the length of residence in the
22  community and the nature.  In terms of Arizona, it appears that
23  the Mileys moved to Arizona to a fairly remote part of the
24  state in circumstances and which is -- I think the United
25  States pointed out, it's a house that can move, and it appears

1  that it has done so.
2         But it is interesting to look at the timing of the
3  offense conduct here versus moving out to Arizona and to the
4  middle of the Mohave Desert, so I do have concerns about that
5  and the lack of ties here.
6         I will also note it does appear that she has engaged
7  in extensive international travel, not that that is per se a
8  problem, but the concern for the Court is that given some of
9  the weapons were being smuggled into the Dominican Republic and
10 the nature of these charges, I do have concerns that she likely
11 has international contacts in those locations, and so if she
12 was to flee the country, fleeing these charges, it does appear
13 that she might have some places to land outside the reach of
14 this country.
15        And again, I pointed out, she appears to have few
16 contacts in Arizona.
17        In terms of dangerousness, it does appear that there
18 were a large number of firearms that were purchased in this
19 case.  And they do, as I pointed out, present a danger to the
20 communities in which firearms are particularly illegal and
21 placed in the community.  So I do find that she does pose a
22 danger to others of the community.
23        I have considered the Pretrial Services report, and I
24 do note that it does recommend release on conditions.  However,
25 I -- as I look at the evidence, and I particularly consider the

1   extensive and detailed facts of the case outlined by the United
2   States, I do also consider that following the search warrant of
3   the residence in Mohave County, it does appear that the Mileys
4   took off with their small home and, as outlined by the United
5   States, they were uncooperative when stopped in Apache County.
6          And it appears that, although no charges have been
7   filed there, it is -- it does present the fact that it appears
8   the defendants are inclined to flee given the nature of search
9   warrants, although it appears that they were arrested out of
10  their home over in Mohave County, so to some degree I measure
11  that.
12         In any event, I do find that the United States has
13  established quite easily by a preponderance of the evidence
14  that the defendant poses a risk of flight.  I am very concerned
15  should she be released, having been indicted now, that she
16  would not be inclined to show up down the road.
17         I do also find that the nature of the underlying case
18  posits that she does pose a danger to communities.  Purchasing
19  firearms for distribution around -- well, in other countries as
20  well as this country is of tremendous concern to this Court in
21  terms of the dangerousness that she poses to the community
22  and -- both domestically and nationally, apparently.
23         In any event, what that means, Ms. Miley, is that you
24  are going to be detained pending further proceedings in this
25  matter.

1    I will order the U.S. Marshal Service to transport you
2    back to the Northern District of Georgia to face charges on --
3    basically in this matter.
4            And so I believe that's everything that we can take
5    care of today.
6            Mr. Venhuizen, is there anything further on behalf of
7    the United States?
8            MR. VENHUIZEN:  No, Your Honor.  Thank you.
9            THE COURT:  Mr. Mulligan, is there anything further on
10   behalf of Ms. Miley?
11           MR. MULLIGAN:  Nothing further, Your Honor.  Thank
12   you.
13           THE COURT:  Good luck to you, ma'am.
14           (Proceedings concluded at 10:40 a.m.)

C E R T I F I C A T E

I, JENNIFER A. PANCRATZ, court-approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

DATED at Phoenix, Arizona, this 21st day of April, 2023.

s/Jennifer A. Pancratz
Jennifer A. Pancratz