IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>CHARQWESHIA SIERRA MILEY, and CORNEL RASHARD MILEY | Criminal Action No.<br><br>1:23-CR-077-SEG-JEM |

**Government's Sentencing Memorandum**

The United States of America, by Ryan K. Buchanan, United States Attorney, Theodore S. Hertzberg, Assistant United States Attorney, for the Northern District of Georgia, files this Sentencing Memorandum.

In accordance with the plea agreements (Docs. 151-1, 152-1), the Government recommends that the Court sentence Defendants low end of the undisputed guidelines range of 30-37 months. A lesser sentence would fail to achieve the statutory imperative of ensuring Defendants' punishment reflects the seriousness of Defendants' offense, promotes respect for the law, and avoids unwarranted sentence disparities. *See* 18 U.S.C. §§ 3553(a)(2)(A) & (a)(6).

Defendants' presentence investigation reports detail the eight-month spree during which Defendants straw purchased more than 70 semi-automatic pistols for an out-of-state firearms trafficker with gang ties. (Doc. 168 at ¶¶ 43-56, 70; Doc. 169 at ¶¶ 43-56, 70). Even after Defendants relocated to Arizona in June 2022, they returned to Georgia to source guns for the trafficker to smuggle to his associates in the Dominican Republic. (Doc. 168 at ¶¶ 53-56, 101; Doc. 169 at ¶¶ 53-56, 100). In total, Defendants made straw purchases on ten different dates from nearly a dozen different licensed dealers located in the Northern, Middle, and Southern

Districts of Georgia. (Doc. 168 at ¶ 70; Doc. 169 at ¶ 70). With each transaction, Defendants knowingly put more guns in the hands of people who intended to use or dispose of them unlawfully (Doc. 168 at ¶ 77; Doc. 169 at ¶ 77), thereby multiplying the magnitude of life-threatening gun violence Defendants chose to perpetuate.

Unlike Victor Hugo's Jean Valjean, who "stole a loaf of bread to feed his starving family," *Rosemond v. United States*, 572 U.S. 65, 88 (2014), or Goldilocks, whose trespasses and thefts were driven by benign curiosity, Defendants' motives were callously mercenary. Indifferent to the deadly consequences of their actions, Defendants acquired as many guns as they could just to make as much money as they could. Defendants are healthy high school graduates who completed numerous college courses and had significant work histories (Doc. 168 at ¶¶ 104, 108-12; Doc. 169 at ¶¶ 102-04, 107-12); their decision to profit from gun trafficking is unjustifiable.

A sentence of 30 months is similar to—if not below—sentences recently imposed in this District for straw purchasers like Defendants. For example, in *United States v. Wade*, No. 1:22-CR-110-JPB-JKL, Judge Boulee sentenced Cemonte Wade to 37 months of imprisonment after Wade straw purchased 54 firearms. In *United States v. Samuels*, No. 1:22-CR-313-ELR-RGV, Judge Ross sentenced DeAndre Samuels to 50 months of imprisonment after Samuels straw purchased 48 firearms. And in *United States v. Barden*, No. 1:22-CR-110-JPB-JKL, Judge Boulee sentenced Emmanuel Barden to 57 months of imprisonment after Barden straw purchased approximately 100 firearms. Specific to this case, the 30-month sentence recommended for the Mileys is 40% shorter than the sentence this Court

imposed for co-defendant Jonathan Hiraldo-Abreu (Doc. 167); given the scope of Defendants' participation of the conspiracy and their relative culpability, a lesser sentence is unwarranted.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

/s/THEODORE S. HERTZBERG
*Assistant United States Attorney*
Georgia Bar No. 718163
theodore.hertzberg@usdoj.gov